SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 SEP 20 PM 4:37

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK BERNAL a/k/a "Mark Reyes",

    Defendant.

8:22CR222

INDICTMENT
18 U.S.C. § 2250(a)

The Grand Jury charges that

## COUNT 1

Between an unknown date, but at least as early as on or about June 15, 2021, and continuing to on or about September 20, 2022, in the District of Nebraska, the defendant, MARK BERNAL a/k/a "Mark Reyes", having previously been convicted in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois (Case No. 05 CF 331) of an offense requiring him to register as a sex offender, to wit: Child Pornography, did knowingly fail to register and update a registration as a sex offender in the State of Nebraska, where he resided, worked, and remained, as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

    A TRUE BILL.

    _____
    FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

    _____
    CHRISTOPHER L. FERRETTI
    Assistant United States Attorney

1