IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | Case No. 8:22CR-00222 |
| v. | **MOTION TO FILE UNDER SEAL** |
| MARK BERNAL,<br>　　　　　Defendant. | |

　　COMES NOW, Defendant, Mark Bernal, by and through legal counsel and hereby respectfully requests this Honorable Court allow him to file Defendant's Sentencing Memorandum, Index of Exhibits, all Exhibits, Motion for Downward Variance and Brief in Support of Motion for Downward Variance under seal, as they contain confidential information that should not be released to the public. Counsel for Defendant shall provide via email copies of the aforementioned, sealed documents, directly to AUSA Christopher Ferretti for sentencing hearing purposes.

　　Dated this July 20, 2023

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　Mark Bernal, Defendant

　　　　　　　　　　　　　　　　　/s/ Mallory N. Hughes
　　　　　　　　　　　　　　　　　Mallory N. Hughes #24610
　　　　　　　　　　　　　　　　　BERRY LAW FIRM
　　　　　　　　　　　　　　　　　1414 Harney Street, Suite 400
　　　　　　　　　　　　　　　　　Omaha, NE 68102
　　　　　　　　　　　　　　　　　(402) 466-8444
　　　　　　　　　　　　　　　　　Mallory.hughes@berrylawfirm.com
　　　　　　　　　　　　　　　　　Attorney for Defendant

2

## CERTIFICATE OF SERVICE

    The undersigned certifies that she caused a true and correct copy of the above and foregoing to be served upon the Plaintiff herein by electronic email service of the same to the on July 20, 2023.

                                            /s/ Mallory N. Hughes
                                            Mallory N. Hughes # 24610