IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR222 |
| vs. | MOTION TO RESTRICT |
| MARK BERNAL, a/k/a "Mark Reyes", | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to restrict Plaintiff's Sentencing Memorandum and Response to Defendant's Objection to the PSR and Motion for Downward Variance.

UNITED STATES OF AMERICA,
Plaintiff

SUSAN T. LEHR
Acting United States Attorney
District of Nebraska

By:  *s/ Christopher L. Ferretti*
CHRISTOPHER L. FERRETTI
DC Bar #985340
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: christopher.ferretti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

*s/ Christopher L. Ferretti*
Assistant U.S. Attorney