IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs )<br>)<br>Mark Bernal ) )<br>)<br>)<br>)<br>) | RECEIPT AND ACKNOWLEDGMENT<br>Docket# 8:22CR222-001 |

I, the undersigned defendant, hereby acknowledge:

1) that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of <u>two (2) years</u> commencing <u>April 1, 2024.</u>

2) that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3) that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4) I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or modify the conditions of supervision.

_____
Jonathan P. Lordino
U.S. Probation & Pretrial Services Officer
Designated Witness

_____
Defendant

_____
4/5/24
DATE

Rev:3/98